IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERNIE ALEJANDRO SACOMAN,

       Plaintiff,

vs.                                 No. CV 18-01100 KG/KRS

SECOND JUDICIAL DISTRICT ATTORNEY,
SECOND JUDICIAL DISTRICT ATTORNEY
OFFICE,

       Defendants.

## JUDGMENT

THIS MATTER having come before the Court under 28 U.S.C. § 1915(A) on the

Prisoner's Civil Rights Complaint filed by Plaintiff, Ernie Alejandro Sacoman (Doc. 1) and the

Court having entered its Memorandum Opinion and Order dismissing all claims,

IT IS ORDERED, ADJUDGED, AND DECREED that Prisoner's Civil Rights Complaint

filed by Plaintiff, Ernie Alejandro Sacoman (Doc. 1) is DISMISSED without prejudice to a petition

for habeas corpus relief under 28 U.S.C. § 2254.

_____
UNITED STATES DISTRICT JUDGE